UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24267-CIV-ALTONAGA/O'Sullivan

JUAN L. PEREZ, *et al.*,

    Plaintiffs,
v.

CITY OF SWEETWATER, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On October 14, 2016, the Court issued an Order ("October 14 Order") [ECF No. 8] granting Defendants, City of Sweetwater; Rafael Duarte; Richard Brioso; and Armando Gonzalez (collectively, "Defendants") Unopposed Motion for Extension of Time [ECF No. 7]. In the October 14 Order, the Court instructed Defendants to "file [a] combined response to Plaintiffs['] Complaint." (October 14 Order 1 (alterations added)). Despite the Court's instruction, Defendants filed two separate motions to dismiss. (*See* City of Sweetwater Motion to Dismiss . . . ("City's Motion") [ECF No. 13]; Rafael Duarte; Richard Brioso; and Armando Gonzalez' Motion to Dismiss . . . ("Individual Defendants' Motion") [ECF No. 14]). These motions violate the October 14 Order. Accordingly, it is

**ORDERED AND ADJUDGED** that the City's Motion **[ECF No. 13]** and Individual Defendants' Motion **[ECF No. 14]** are **DENIED without prejudice**. The Defendants shall file a single combined motion to dismiss by **October 28, 2016**. The combined motion, response, and reply memoranda shall comply with Local Rule 7.1(c) and a party must request leave from the Court to exceed the page limits contained therein.

CASE NO. 16-24267-CIV-ALTONAGA/O'Sullivan

**DONE AND ORDERED** in Miami, Florida, this 25th day of October, 2016.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record