UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24267-CIV-ALTONAGA/O'Sullivan

JUAN L. PEREZ, *et al.*,

    Plaintiffs,
v.

THE CITY OF SWEETWATER, *et al.*,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with RUSTY PEREZ, ESQ, on May 17, 2017, at 2:00 p.m. The mediation will take place at Florida Mediation Group located at 44 West Flagler Street, 19th Floor, Miami, Florida 33130. The parties are reminded that a report of their mediation must be filed by **May 22, 2017**.

**DONE AND ORDERED** in Miami, Florida this 22nd day of November, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record