UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-24267-ALTONAGA/O'Sullivan

JUAN L. PEREZ and
MARIA A. POSADA, his wife,

    Plaintiffs,

vs.

THE CITY OF SWEETWATER,
RAFAEL DUARTE, RICHARD BRIOSO, and
ARMANDO GONZALEZ,

    Defendants.
_____/

**DEFENDANTS RAFAEL DUARTE, RICHARD BRIOSO AND ARMANDO GONZALEZ'S NOTICE OF FILING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendants, RAFAEL DUARTE, RICHARD BRIOSO and ARMANDO GONZALEZ, by and through undersigned counsel and pursuant to the Southern District of Florida Local Rules, hereby provide Notice of Filing the following exhibits in support of their Motion for Summary Judgment:

1. **Plaintiff Juan L. Perez Deposition Excerpts:**

   Plaintiff Juan L. Perez Deposition Excerpts Pages 100, 118-120, 123-125, 128 and 139.

2. **Defendant Richard Brioso Deposition Excerpts:**

   Defendant Richard Brioso Deposition Excerpts Pages 24-32, 34-39, 41-43, 45-48, 51-54, 57-60, 62-65, 69-70, 72-76, 88, 109, 116-118.

3. **Defendant Rafael Duarte Deposition Excerpts:**

   Defendant Rafael Duarte Deposition Excerpts Pages 23-26, 34-35, 38, 41, 48-53, 56.

4. **Detective Raul Godoy Deposition Excerpts:**

Detective Raul Godoy Deposition Excerpts Pages 11, 14, 21-22, 28-29, 39-40, 57-58, 76-78.

5. **Sgt. Domingo Benito Deposition Excerpts:**

    Sgt. Domingo Benito Deposition Excerpts Pages 9-11, 14-16, 18-21, 23-28, 34, 36, 37, 45, 46, 57.

6. **Plaintiff's Expert Roy Taylor Deposition Excerpts:**

    Roy Taylor Deposition Excerpts Pages 102, 107, 108, 124-127, 147, 148, 151-153, 171, 172.

7. **Defendant Armando Gonzalez Deposition Excerpts:**

    Defendant Armando Gonzalez Deposition Excerpts, pages 39-41, 54-56, 58, 59, 61, 62, 64-70, 72-74, 77, 82-85, 89-93, 117-119.

8. **Defendant Richard Brioso Affidavit.**

9. **Defendant Armando Gonzalez Affidavit.**

10. **Defendant Rafael Duarte Affidavit.**

11. **Defense Expert David Klinger report.**

12. **Defense Police Practices and Procedures Expert David Klinger Affidavit.**

13. **Defense Expert Kenneth Bynum report.**

14. **Defense Accident Reconstruction Expert Kenneth Bynum Affidavit.**

15. **Defendants Duarte, Brioso and Gonzalez's Response to Plaintiff's Request for Production Bates Stamp numbers 000063-000070; 000083; 000356.**

16. **Torrealba Plea Colloquy Transcript from Case No.: F1125394.**

17. **Torrealba Felony File Case No.: F12000314.**

*Perez, et al. v. City of Sweetwater, et al.*
District Court Case No.: 1:16-cv-24267-ALTONAGA/O'Sullivan
Page 3

18. **City of Sweetwater and Miami-Dade County Mutual Aid Agreement and Joint Declaration**

I hereby certify that on this 30th day of May, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    MARRERO & WYDLER
    Attorneys for Defendants Duarte, Brioso and Gonzalez
    2600 Douglas Road, PH-4
    Coral Gables, FL 33134
    (305) 446-5528
    (305) 446-0995 (fax)

    BY /s/ Oscar E. Marrero_____
        OSCAR E. MARRERO
        F.B.:  372714
        oem@marrerolegal.com
        LOURDES E. WYDLER
        F.B.:  719811
        lew@marrerolegal.com
        ALEXANDRA C. HAYES
        F.B.:  109482
        ach@marrerolegal.com

*Perez, et al. v. City of Sweetwater, et al.*
*District Court Case No.: 1:16-cv-24267-ALTONAGA/O'Sullivan*
*Page 4*

## **SERVICE LIST**
## **1:16-cv-24267-ALTONAGA/O'Sullivan**

Carolina Corona, Esq.
FBN 645222
Carolina@coronapa.com
Ricardo Corona, Esq.
FBN:
rcorona@coronapa.com
CORONA LAW FIRM
3899 NW. 7th Street
Miami, FL 33131
(305) 547-1234
*Attorneys for Plaintiffs*

Michael R. Piper, Esq.
piper@jambg.com
Christopher J. Stearns, Jr.
stearns@jambg.com
Johnson Anselmo Murdoch Burke Piper & Hochman, P.A.
2455 E. Sunrise Blvd., Suite 1000
Ft. Lauderdale, FL 33304-0220
(954) 463-0100
(954) 436-2444 (fax)
*Attorneys for Defendant City of Sweetwater*