UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   16-cv-24267-CMA

JUAN L. PEREZ and MARIA A.
POSADA, his wife,

       Plaintiffs,

v.

THE CITY OF SWEETWATER,
RAFAEL DUARTE, RICHARD BRIOSO
and ARMANDO GONZALEZ

       Defendants.
_____/

## DEFENDANT, CITY OF SWEETWATER'S, STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF SUMMARY JUDGMENT

Defendant, CITY OF SWEETWATER, by and through its undersigned attorneys, and pursuant to Local Rule 56.1(a), files this statement of undisputed material facts in support of its motion for summary judgment. Relevant deposition excerpts are provided in Defendant's Appendix in support of motion for summary judgment, filed concurrently. Defendant references the appendices thusly: **([App.], [paragraph or page number(s)])**.

1. While driving to work at 5:30 a.m. on January 2, 2012, Sweetwater police officer, Richard Brioso, observed a Mercedes-Benz S600 sedan street racing a BMW. App. 1, ¶ 2. App. 6, pp. 24-26, 35-36, 109.

2. The BMW fled onto the Florida Turnpike. Brioso effected a traffic stop of the Mercedes on Southwest 8th Street in Miami-Dade County. App. 1, ¶ 2.

3. Officer Brioso radioed dispatch and reported the traffic stop. Three

Sweetwater police officers– Rafael Duarte, Armando Gonzalez, and Domingo Benito– responded as back up.   App. 1, ¶ 2; App. 2, ¶ 2; App. 3, ¶ 2; App. 4, ¶¶ 3-4.

4. Brioso approached the Mercedes Benz and requested the driver's license. App. 4, ¶ 5; App. 6, p. 34.

5. The driver, Felipe Torrealba, claimed that he did not have a driver's license, but he provided a State of Texas identification card.   App. 1, ¶ 4; App. 2, ¶ 4.

6. Brioso instructed Torrealba and his passenger to exit the vehicle. They complied.   App. 1, ¶ 3; App. 2, ¶ 3; App. 3, ¶ 3.

7. Benito ran Torrealba's name through DAVID, discovering that Torrealba did, in fact, possess a Florida driver's license and that there were active warrants for Torrealba's arrest.   App. 4, ¶ 6; App. 6, pp. 46-47.

8. From the license photograph, Benito observed that Torrealba had a neck tattoo. One of the officers yelled and asked if Torrealba had a neck tattoo.   App. 4, ¶ 7; App. 6, pp. 47-48, 51.

9. Torrealba ran to the Mercedes and opened the driver's door.  At the same time, Torrealba reached toward his waistband.   App. 1, ¶ 4; App. 2, ¶ 4; App. 3, ¶ 4; App. 4, ¶¶ 8-9.

10. Duarte immediately followed and grabbed Torrealba as he sat in the driver's seat.   App. 2, ¶ 5; App. 4, ¶ 10.

11. Gonzalez observed Torrealba drawing a gun.  Gonzalez yelled, *"gun"* as Torrealba began to drive away.   App. 1, ¶ 5; App. 2, ¶ 6; App. 3, ¶ 6; App. 4, ¶ 11.

12. Duarte was dragged several feet before falling away from Torrealba's vehicle. App. 2, ¶ 7.

13. Gonzalez and Brioso discharged their weapons at Torrealba, firing more than 20 times. Torrealba was not hit.   App. 1, ¶ 6; App. 3, ¶ 6.

14. Gonzalez and Brioso went to check on Duarte.   App. 1, ¶¶ 8-9,  App. 2, ¶ 9; App. 3, ¶¶ 8-9.

15. Torrealba fled eastbound on Southwest 8th Street at an excessive speed.  App. 4, ¶ 14.

16. No Sweetwater police officer engaged in a vehicular pursuit of Torrealba. App. 1, ¶ 11;  App. 2, ¶ 10;  App. 3, ¶ 11;  App. 4, ¶ 15.

17. Plaintiff, Juan Perez, was driving eastbound on Southwest 8th Street, heading to work. Torrealba crashed into Perez's truck at the intersection of Southwest 8th Street and 102nd Avenue. The crash caused Perez's truck to flip several times and land upside down. App. 4, ¶ 16, App. 7, 118-119.

18. When Torrealba fled, Corporal Benito entered his vehicle and observed Torrealba run the red light at 107th Avenue and 8th Street. Benito followed, turning his emergency equipment on to safely clear the intersection at 107th Avenue and 8th Street. As Benito approached 106th Avenue, he observed a big cloud of smoke at 102nd Avenue and 8th Street.   App. 4, ¶¶ 15-16.

19. Benito drove to the scene and reported the accident to dispatch.   App. 4, ¶ 17.

20. Torrealba fled on foot, jumped in a canal, and escaped.   App. 4, ¶ 18.

21. Officers attempted to establish a perimeter to capture Torrealba but were unsuccessful. App. 4, ¶ 19.

22. On January 5, 2012, Miami-Dade County police officers obtained a warrant for Torrealba's arrest after a judge found that probable cause existed to arrest Torrealba for resisting an officer with violence. App. 5, pp. 76-77.

23. Torrealba was placed on the United States Marshal's 15 Most Wanted list. Torrealba finally was captured months later. App. 6, p. 88.

24. Torrealba pleaded guilty to resisting arrest with violence– a forcible felony– following his arrest for the subject incident. DE 66-14; DE 66-15.

25. At the time of the subject incident, Sweetwater had adopted policies and procedures which governed the conduct of its police officers. One such policy governed police pursuits. App. 8.

26. Sweetwater required all officers to be state-certified by the Florida Department of Law Enforcement. All Sweetwater police officers were required to complete the police academy and to successfully pass the state certification exam. After being hired by Sweetwater, each officer was required to successfully complete a field training program. App. 9, pp. 23-24, 30-37.

27. Sweetwater does not have a history of allowing improper police pursuits.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Defendants**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:   (954) 463-0100
Facsimile:   (954) 463-2444


BY:   *s/Christopher J. Stearns*
        MICHAEL R. PIPER
        Florida Bar No.: 710105
        CHRISTOPHER J. STEARNS
        Florida Bar No.:  557870

## SERVICE LIST

**RICARDO CORONA, ESQ.**
**CAROLINA CORONA, ESQ.**
CORONA LAW FIRM, P.A.
**Attorneys for Plaintiff**
3899 N.W. 7th Street, 2nd Floor
Miami, Florida 33126
Telephone:   (305) 266-1150
Facsimile:    (305) 266-1151
ricky@coronapa.com
carolina@coronapa.com

---

**MICHAEL R. PIPER, ESQ.**
**CHRISTOPHER J. STEARNS, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant**
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:   (954) 463-0100
Facsimile:    (954) 463-2444
piper@jambg.com
stearns@jambg.com