UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   16-cv-24267

JUAN L. PEREZ and MARIA A.
POSADA, his wife,

      Plaintiffs,

v.

THE CITY OF SWEETWATER,
RAFAEL DUARTE, RICHARD BRIOSO
and ARMANDO GONZALEZ

      Defendants.
_____/

**DEFENDANT, CITY OF SWEETWATER'S, APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant, CITY OF SWEETWATER, by and through its undersigned attorneys and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, files this appendix in support of its motion for summary judgment:

| | |
|---|---|
| App. 1 | Affidavit of Richard Brioso dated May 26, 2017. |
| App. 2 | Affidavit of Rafael Duarte dated May 26, 2017. |
| App. 3 | Affidavit of Armando Gonzalez dated May 26, 2017.. |
| App. 4 | Declaration of Domingo Benito dated May 30, 2017. |
| App. 5 | Excerpt of deposition transcript of Detective Raul Godoy taken on February 24, 2017. |
| App. 6 | Excerpt of deposition transcript of Detective Richard Brioso taken on April 24, 2017. |

| | |
|---|---|
| App. 7 | Excerpt of deposition transcript of Juan Perez taken on March 24, 2017. |
| App. 8 | Sweetwater Police Department's Standard Operating Procedures, Vehicular Pursuit Policy, effective June 10, 1995. |
| App. 9 | Excerpt of deposition transcript of Officer Ignacio Menocal taken on April 25, 2017. |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 30th day of May, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

                                  JOHNSON, ANSELMO, MURDOCH,
                                  BURKE, PIPER & HOCHMAN, P.A.
                                  **Attorneys for City of Sweetwater**
                                  2455 East Sunrise Boulevard, Suite 1000
                                  Fort Lauderdale, Florida 33304
                                  Telephone:   (954) 463-0100
                                  Facsimile:   (954) 463-2444


                              BY:   *s/Christopher J. S*tearns
                                        MICHAEL R. PIPER
                                        Florida Bar No.: 710105
                                        CHRISTOPHER J. STEARNS
                                        Florida Bar No.:  557870

## SERVICE LIST

**RICARDO CORONA, ESQ.**
**CAROLINA CORONA, ESQ.**
CORONA LAW FIRM, P.A.
**Attorneys for Plaintiff**
3899 N.W. 7th Street, 2nd Floor
Miami, Florida 33126
Telephone:   (305) 266-1150
Facsimile:    (305) 266-1151
ricky@coronapa.com
carolina@coronapa.com

---

**MICHAEL R. PIPER, ESQ.**
**CHRISTOPHER J. STEARNS, ESQ.**
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant**
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:   (954) 463-0100
Facsimile:    (954) 463-2444
piper@jambg.com
stearns@jambg.com