UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-24267-ALTONAGA/O'Sullivan

JUAN L. PEREZ and
MARIA A. POSADA, his wife,

    Plaintiffs,

vs.

THE CITY OF SWEETWATER,
RAFAEL DUARTE, RICHARD BRIOSO, and
ARMANDO GONZALEZ,

    Defendants.
_____/

## DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE

Defendants, CITY OF SWEETWATER, RAFAEL DUARTE, RICAHRD BRIOSO, and ARMANDO GONZALEZ, by and through their respective counsel, hereby file this Joint Motion for Extension of Time to File Motions in Limine, and state:

1. This is a purported civil rights action arising from injuries Plaintiff suffered when his vehicle was struck by a Mercedes driven by Felipe Torrealba.

2. The Defendants' Motions in Limine are due today, June 27, 2017.

3. The Parties have filed a Joint Motion to Extend the deadline to file their Joint Pretrial Stipulation, Proposed Jury Instructions, and Verdict Form through Monday July 3, 2017.

4. Due to busy litigation schedules, including out of town depositions, and the unique nature of the claims brought in this case, the Defendants are also seeking an extension of time to file their Motions in Limine, up to and including Monday July 3, 2017.

5. This Motion is not made for the purpose of undue delay, but instead to ensure that the Defendants can adequately brief the evidentiary issues for this Court.

6. Counsel for the Defendants conferred with Carolina Corona, Esq., counsel for the Plaintiffs, on the relief sought by this Motion, in accordance with Local Rule 7.1. Counsel for the Plaintiffs indicated that they object to the relief sought and they still intend to file their Motion in Limine today.

## **MEMORANDUM OF LAW**

The District Courts may enlarge the time periods fixed in the rules. If the enlargement request is made before the time period expires, the District Court, in its discretion, may grant and enlargement "for cause shown". The situation is controlled by Federal Rule of Civil Procedure 6. The rule states, in relevant part:

> (b) Extending Time. When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The District Judge also has broad discretion overseeing the pretrial process and modifying its own orders when justice so requires. The parties will not be prejudiced by the brief extension of time as the case and the case will proceed efficiently.

WHEREFORE, the Defendants respectfully request this Court grant their Motion for Extension of Time, and any other relief deemed appropriate.

*Perez, et al. v. City of Sweetwater, et al.*
*District Court Case No.: 1:16-cv-24267-ALTONAGA/O'Sullivan*
*Page 3*

We hereby certify that on this 27th day of June, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| JOHNSON ANSELMO MURDOCH BURKE PIPER & HOCHMAN<br>2455 E. Sunrise Blvd., Suite 1000<br>Ft. Lauderdale, FL 33304<br>(954) 463-0100<br>(954) 463-2444 (fax)<br>*Attorneys for Defendant*<br>*City of Sweetwater* | MARRERO & WYDLER<br>2600 Douglas Road, PH-4<br>Coral Gables, FL 33134<br>(305) 446-5528<br>(305) 446-0995 (fax)<br>*Attorneys for Defendants Brioso, Duarte,*<br>*and Gonzalez* |
| BY: /s/ Michael R. Piper<br>    MICHAEL R. PIPER<br>    FBN: 710105<br>    piper@jambg.com<br>    CHRISTOPHER J. STEARNS<br>    FBN: 557870<br>    stearns@jambg.com | BY: /s/ Oscar E. Marrero<br>    OSCAR E. MARRERO<br>    FBN: 372714<br>    oem@marrerolegal.com<br>    ALEXANDRA C. HAYES<br>    FBN: 109482<br>    ach@marrerolegal.com |

*Perez, et al. v. City of Sweetwater, et al.*
*District Court Case No.: 1:16-cv-24267-ALTONAGA/O'Sullivan*
*Page 4*

# SERVICE LIST
# 1:16-cv-24267-ALTONAGA/O'Sullivan

Carolina Corona, Esq.
FBN 645222
Carolina@coronapa.com
Ricardo Corona, Esq.
FBN:
rcorona@coronapa.com
CORONA LAW FIRM
3899 NW. 7th Street
Miami, FL 33131
(305) 547-1234
*Attorneys for Plaintiffs*

Michael R. Piper, Esq.
piper@jambg.com
Christopher J. Stearns, Jr.
stearns@jambg.com
Johnson Anselmo Murdoch Burke Piper & Hochman, P.A.
2455 E. Sunrise Blvd., Suite 1000
Ft. Lauderdale, FL 33304-0220
(954) 463-0100
(954) 436-2444 (fax)
*Attorneys for Defendant City of Sweetwater*