UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:16-cv-24267-ALTONAGA/O'Sullivan

JUAN L. PEREZ and
MARIA A. POSADA, his wife,

     Plaintiffs,

vs.

THE CITY OF SWEETWATER,
RAFAEL DUARTE, RICHARD BRIOSO, and
ARMANDO GONZALEZ,

     Defendants.

_____/

**NOTICE OF APPEAL**

NOTICE IS GIVEN, that RICHARD BRIOSO and ARMANDO GONZALEZ, Defendants/Appellant, in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit, from the Order Denying Defendants' Motion for Summary Judgment, which denied qualified immunity, entered in this action on the 18th day of July, 2017. [D.E. #105]. A copy of that Order is attached to this Notice as "Exhibit 1".[1]

I hereby certify that on this 26th day of July, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing

---

[1] Although the Order states that it is without prejudice, the denial of a motion for summary judgment without prejudice that raises the qualified immunity defense is sufficiently final to support jurisdiction over an interlocutory appeal. *Howe v. City of Enter.*, 16-11453, 2017 WL 2871511, at *1 (11th Cir. July 6, 2017); *see also Locurto v. Safir*, 264 F.3d 154, 164 (2d Cir. 2001); *Dahlia v. Stehr*, 491 Fed. Appx. 799, 800-01 (9th Cir. 2012) (citing *Behrens v. Pelletier*, 516 U.S. 299, 116 S.Ct. 834, 133 L.Ed.2d 773 (1996)).

*Perez, et al. v. City of Sweetwater, et al.*
*District Court Case No.: 1:16-cv-24267-ALTONAGA/O'Sullivan*
*Page 2*

generated by CM/ECF or in some other authorized manner for those counsel or parties who are

not authorized to receive electronically Notices of Electronic Filing.

> MARRERO & WYDLER
> Attorneys for Defendants Duarte, Brioso and
> Gonzalez
> 2600 Douglas Road, PH-4
> Coral Gables, FL 33134
> (305) 446-5528
> (305) 446-0995 (fax)
>
> BY _/s/ Oscar E. Marrero_____
>       OSCAR E. MARRERO
>       F.B.: 372714
>       oem@marrerolegal.com
>       LOURDES E. WYDLER
>       F.B.: 719811
>       lew@marrerolegal.com
>       ALEXANDRA C. HAYES
>       F.B.: 109482
>       ach@marrerolegal.com

## <u>SERVICE LIST</u>
### <u>1:16-cv-24267-ALTONAGA/O'Sullivan</u>

Carolina Corona, Esq.
FBN 645222
Carolina@coronapa.com
Ricardo Corona, Esq.
FBN:
rcorona@coronapa.com
CORONA LAW FIRM
3899 NW. 7th Street
Miami, FL 33131
(305) 547-1234
*Attorneys for Plaintiffs*

Michael R. Piper, Esq.
piper@jambg.com
Christopher J. Stearns, Jr.
stearns@jambg.com
Johnson Anselmo Murdoch Burke Piper & Hochman, P.A.
2455 E. Sunrise Blvd., Suite 1000
Ft. Lauderdale, FL 33304-0220
(954) 463-0100
(954) 436-2444 (fax)
*Attorneys for Defendant City of Sweetwater*