UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-24267

JUAN L. PEREZ and
MARIA A. POSADA, his wife,

Plaintiffs,

v.

THE CITY OF SWEETWATER,
RAFAEL DUARTE, RICHARD BRIOSO
and ARMANDO GONZALEZ

Defendants.
_____/

# PLAINTIFFS' MOTION TO CONDUCT TRIAL ON WEEK ONE OF TRIAL PERIOD OR ALTERNATIVELY TO CONDUCT VIDEO DEPOSITIONS

COMES NOW the Plaintiffs, JUAN PEREZ and MARIA POSADA, by and through their undersigned attorneys file this Motion and say:

1. This cause is currently set for trial for the two week period beginning on September 5, 2017.

2. The Plaintiff has been made aware of two new essential witnesses, Special Agent William Saladrigas and Detective David Colon.

3. On June 13, 2017, two police officers from the City of Sweetwater were arrested and accused of a number of criminal charges related to their duties while at the City of Sweetwater Police Department.

4. The arrest affidavit included many allegations regarding the administration and policies relevant to this particular case.

5. The investigating officers in that case were Special Agent William Saladrigas and Detective David Colon.

6. Plaintiffs were not aware of this investigation nor of these witnesses until the arrests were made, over a month after this Court's mandated discovery period had ended.

7. As such, neither Special Agent Saladrigas nor Detective Colon's depositions were taken.

8. Both Special Agent Saladrigas and Detective Colon have prescheduled plans to be out of the country from September 8, 2017 until September 18, 2017.

9. Their testimony is necessary and relevant to the pending action and the claims against the City of Sweetwater.

WHEREFORE, Plaintiffs respectfully request that this Court conduct the trial on the first week of the two-week period, or, in the alternative, permit the Plaintiff to conduct a video deposition to preserve the testimony of these witnesses who will be unavailable.

### Local Rule 7.1(a)(3) certificate

The undersigned counsel attempted to confer with Defendant's counsel, Christopher Stearns, regarding the relief sought via this motion and had been unsuccessful. Undersigned left a voicemail on August 18, 2017 and sent emails on August 18, 2017 and August 21, 2017 that were unanswered.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and was furnished to Defendants at the email addresses below:

                                        **BY:  /s/ Carolina Corona**
                                        CAROLINA CORONA, ESQ.
                                        Florida Bar No. 645222
                                        RICARDO CORONA, ESQ.
                                        Florida Bar No.: 111333
                                        CORONA LAW FIRM
                                        Attorneys for Plaintiffs
                                        3899 N.W. 7th Street, 2nd Floor
                                        Miami, Florida 33126
                                        Telephone: (305) 266-1150
                                        Facsimile: (305) 266-1151
                                        carolina@coronapa.com
                                        foreclosure@coronapa.com

## SERVICE LIST

**Ricardo Corona, Esq.**
**Carolina Corona, Esq.**
CORONA LAW FIRM, P.A.
Attorneys for Plaintiffs
3899 N.W. 7th Street, 2nd Floor
Miami, Florida 33126
Telephone: (305) 266-1150
Facsimile: (305) 266-1151
ricky@coronapa.corn
carolina@coronapa.com

**Michael R. Piper, Esq.**
**Christopher J. Stearns, Esq.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
Attorneys for Defendants
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone: (954) 463-0100
Facsimile: (954) 463-2444
piper@jambg.com
stearns@jambg.com

**Lourdes Espino Wydler, Esq**
**Oscar Edmund Marrero, Esq**
Marrero & Wydler
Douglas Centre
2600 Douglas Road
Suite PH-4
Coral Gables, FL 33134
305-446-5528
Fax: 446-0995
Email: lew@marrerolegal.com